AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jose Rodriguez-Chavez | ) | Case No: 1:20CR00096-009 |
| A/K/A: "Jalisco"; A/K/A: "Johnny" | ) | USM No: 17413-028 |
| Date of Original Judgment: ___01/21/2021___ | ) | |
| Date of Previous Amended Judgment: _____ | ) | Jacob Leon |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___84 months___ months **is reduced to** ___78 months*___ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

**78 months concurrent with the sentence imposed under Dkt. No. 1:20CR00078-001.**

Except as otherwise provided, all provisions of the judgment dated ___01/21/2021___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ___4/2/2024___

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Tanya Walton Pratt, U.S. District Court Chief Judge
*Printed name and title*